

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00781-CV

DAVID A. BERRY, Appellant

V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION AKA FANNIE MAE, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County. (Tr. Ct. No. 1049661).

**TO THE COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 22nd day of January, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

Appellant, David A. Berry, neither established indigence nor paid, or made arrangements to pay, all the required fees. Further, appellant did not timely file a brief. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the appeal be dismissed.



# Court of Appeals

## First District of Texas

### BILL OF COSTS

No. 01-14-00781-CV

David A. Berry

v.

**Federal National Mortgage Association aka Fannie Mae**

NO. 1049661 IN THE CO CIVIL CT AT LAW NO 4 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 12/19/2014 | E-PAID | APE· |
| CLK RECORD | $135.00 | 11/05/2014 | PAID | ANT |
| RPT RECORD | $32.50 | 09/24/2014 | NOT PAID | STA |
| CLK RECORD | $0.00 | 09/24/2014 | UNKNOWN | ANT |
| FILING | $195.00 | 09/19/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $372.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine**, Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF**, witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 3, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
APR 20 2015
CHRISTOPHER A. PRINE
CLERK



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W $ 000.48⁰
0001372104 APR 03 2015

CASE NO. 01-14-00781-CV
DAVID A. BERRY
13903 WOODFOREST BLVD.
HOUST.

NIXIE        773    5E 1009    0004/14/15
        RETURN TO SENDER
        INSUFFICIENT ADDRESS
        UNABLE TO FORWARD

BC: 77002206699        *2233-08937-03-44